No. 8,160.—STATE ex Rel. H. C. BIERING, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided October 7, 1940.

PER CURIAM.—The petition of Relator H. C. Biering in the above entitled matter for a writ of supervisory control or other appropriate writ filed on October 3, 1940, is after due consideration denied.

*Mr. Paul T. Keller,* for Relator.